# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT AND TAMMY STEGALL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:15-CV3809-G |
| | § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Scott and Tammy Stegall and Defendant Allstate Fire and Casualty Insurance Company hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

Respectfully submitted:

THE CORONA LAW FIRM, PLLC

*/s/Jesse S. Corona (with permission)*\_\_\_\_
Jesse S. Corona
State Bar No. 24082184
2611 Cypress Creek Parkway
Suite H-200
Houston, Texas 77068
Telephone: (281) 882-3531
Facsimile:  (713) 678-0613
Email:  Jesse@theCoronaLawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

 /s/ Eric K. Bowers
Roger D. Higgins
State Bar No. 9601500
Eric K. Bowers
State Bar No. 24045538
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas  75201-2832
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
rhiggins@thompsoncoe.com
ebowers@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 22nd day of March, 2016.

*/s/Jesse S. Corona (with permission)*
Jesse S. Corona